The joint stipulation of dismissal is granted pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant, in the above styled action, with Plaintiff and Defendant to each to bear their own attorney's fees, costs and expenses.

It is so ordered.
s/James G. Carr
U.S. District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO DIVISION

ERNEST ENGELS,

  Plaintiff,

Vs.                                 CASE NO.: 3:24-cv-00099-JGC

PORTFOLIO RECOVERY ASSOCIATES, LLC,

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, ERNEST ENGELS and the Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant, in the above styled action, with Plaintiff and Defendant to each to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 22nd day of March, 2024.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Elizabeth M. Shaffer* |
| Octavio "Tav" Gomez, Esquire | Elizabeth M. Shaffer Esquire |
| FL Bar #: 0338620 | Ohio Bar #: 76449 |
| *Admitted Pro Hac Vice* | Dinsmore & Shohl – Cincinnati |
| The Consumer Lawyers, PLLC | 255 East Fifth St., Ste 1900 |
| 412 E. Madison St., Ste 916 | Cincinnati, OH 45202 |
| Tampa, FL 33602 | Tele: 513-977-8128 |
| Tele: 813-299-8537 | Fax: 513-977-8141 |
| Fax: 813-951-3933 | Elizabeth.shaffer@dinsmore.com |
| tav@theconsumerlawyers.com | Counsel for Defendant |
| jason@theconsumerlawyers.com | |
| Counsel for Plaintiff | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of March, 2024, I filed the foregoing document via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/ Octavio Gomez_____
Octavio "Tav" Gomez, Esquire